UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY KAIOS on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS MOBILITY, INC., a Delaware corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.: 2:22-CV-02318-MCE-CKD<br><br>**ORDER RE: MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT AND TO MODIFY THE SCHEDULING ORDER** |

Having reviewed plaintiff Ronny Kaios' ("Plaintiff") Motion for Leave to File a First Amended Complaint and Modify Scheduling Order ("Motion"), the facts set forth in the Declaration of Kyle J. Ignatius, all supporting legal authorities and documents, and good cause appearing therefore IT IS HEREBY ORDERED:

///

///

///

///

///

1

ORDER

Plaintiff is granted leave to modify the Court's Scheduling Order in order to file his First Amended Complaint, attached to his Motion as Exhibit A.  Not later than five (5) days following the date this Order is electronically filed, Plaintiff is directed to file the FAC on the Court's docket.  Within thirty (30) days of the filing of the FAC, Defendants shall file a responsive pleading.

IT IS SO ORDERED.

Dated:  May 23, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE